# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PETER ORTIZ,

    Plaintiff,

v.                                                               CASE NO. 8:19-cv-168-T-02SPF

WASTE MANAGEMENT INC. OF FLORIDA,
and CARLOS GARCIA,

    Defendants.
_____/

## **O R D E R**

Counts III through VIII are dismissed without prejudice to Plaintiff reasserting whatever of those claims he might in state court.

Both Plaintiff and Defendant Waste Management Inc. of Florida are Florida citizens. Waste Management Inc. of Florida is a Florida for profit corporation, organized and incorporated under Florida law. *See* sunbiz.org. This Florida corporation appears to also be a Texas citizen, where its "nerve center" of operations lies.

Plaintiff is a Florida resident. There is no complete diversity of citizenship capable of supporting the state law claims, Counts III through VIII. Dismissal of the purely state law claims is "strongly encouraged" where the federal claims are dismissed prior to trial. *E.g., Farquharson v. Citibank, N.A.*, 664 F.App'x 793,

798 (11th Cir. 2016) (citing *Baggett v. First Nat'l Bank of Gainesville*, 117 F.3d 1342, 1353 (11th Cir. 1997)).  The Court declines to exercise supplemental jurisdiction.

The Clerk is directed to terminate any pending deadlines and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on May 15, 2019.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record