**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2020

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 19-11922-DD
Case Style: Peter Ortiz v. Waste Management, Inc. of Fl., et al
District Court Docket No: 8:19-cv-00168-WFJ-SPF

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 19-11922

---

District Court Docket No.
8:19-cv-00168-WFJ-SPF

PETER ORTIZ,

Plaintiff - Appellant,

versus

WASTE MANAGEMENT, INC. OF FLORIDA,
CARLOS GARCIA,

Defendants - Appellees.

---

Appeal from the United States District Court for the
Middle District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 27, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch